Your Honor,

I want to start out by saying how incredibly sorry I am for my actions and the immeasurable harm I have caused to so many. I am ashamed of my choices and understand that I must be punished for them. After years of being a victim of childhood sexual abuse, I was broken and did not have the opportunity to work towards healing. I was too embarrassed to disclose the abuse I suffered so the damage that had been done went untreated.

I know I cannot undo the harm I have caused. All I can do now is express my sincere regret and move forward with counseling. I hope my time away from society will help the healing process for everyone involved.

I also wanted to let you know about myself outside of my horrific actions that brought me before the Court. I have lived my entire life in the small town of Piedmont, Missouri. This is the first time I have ever gotten myself involved in any illegal activity. For over 15 years, I had a stable job working in software sales, development, and support. I have given back to my community through multiple charitable organizations.

I understand that to determine what sentence is necessary, you will be focusing on my horrible choices. I am not making any sort of excuses, but I do wish to show you that my life has involved more than those actions.

Thank you for taking the time to read my letter.

Sincerely,
Tony Waites